| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

JOHN ALLEN, III,                                  §
                                                  §
            Plaintiff,                            §
                                                  §
*versus*                                          §     CIVIL ACTION NO. 1:25-CV-422
                                                  §
DR. WOZNIAK, *et al.*,                            §
                                                  §
            Defendants.                           §

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff John Allen, III, a prisoner currently confined at the Holliday Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. On January 5, 2026, the magistrate judge recommended denying Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order. Proper notice was sent to Plaintiff at his last known address. *See* FED. R. CIV. P. 5(b)(2)(C). To date, the parties have not filed objections to the magistrate judge's Report and Recommendation.

The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge (#12) is **ADOPTED**. Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (#4) is **DENIED**.

SIGNED at Beaumont, Texas, this 8th day of April, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE